# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

In re:
Katelyn & Nathan Tharpe
_____
Debtor(s)

Case No. 16-cv-30332

Katelyn & Nathan Tharpe
_____
Plaintiff(s)

v.

A. P. No. 16-ap-03018

Oakwood Recovery Group, LLC
_____
Defendant(s)

## PRAECIPE

To the Clerk of Court:

**X**      You are respectfully requested to reissue summons on Defendant Oakwood Recovery Group, LLC in the above-styled action, pursuant to Rule 7004 of Federal Rules of Bankruptcy Procedure, for the reason stated below:

       [X] Defendant served at incorrect address
       [ ] Time expired before initial summons was served
       [ ] Other _____

_____ You are respectfully requested to issue a _____ in the above-styled action. Judgment was granted by Order entered _____ in the sum of $_____, with interest at ____% per annum in accordance with the terms of the judgment and costs in the amount of $_____. (Costs, if sought, must have been taxed)

_____ Other _____

Dated:

_____
Attorney Signature

Daniel Armstrong
Klein & Sheridan
3566 Teays Valley Rd.
Hurricane, WV 25526

(Attorney name, address and telephone number)